UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH A. KRAMER,

    Plaintiff,

                  Case No. 1:09-cv-997

  v.

                  HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

  Plaintiff filed a complaint seeking judicial review of the decision of the Commissioner of Social Security denying his claims for benefits. The matter was automatically referred to the magistrate judge pursuant to 28 U.S.C. § 636 and W.D. MICH. LCIVR 72.2(b). The magistrate judge has issued a report recommending the Commissioner's decision be affirmed.

  The Report and Recommendation (Dkt. #13) was duly served on the parties and no objections have been filed. Accordingly, the Report and Recommendation is hereby adopted as the opinion of the Court.

  **THEREFORE, IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.

  **IT IS FURTHER ORDERED** that the plaintiff's complaint (Dkt. #1) is **DISMISSED**.

Date: August 20, 2010              /s/ Paul L. Maloney
                            Paul L. Maloney
                            Chief United States District Judge