UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH A. KRAMER,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:09-cv-997

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

Having issued an order adopting a report and recommendation and affirming the Commissioner's denial of benefits, pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of defendant and against plaintiff.

Date: August 20, 2010

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge